IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRETT PETERS,** | : | CIVIL NO. 3:CV-12-0968 |
| Plaintiff, | : | |
| | : | (Judge Mariani) |
| v. | : | |
| | : | |
| **CORRECTIONAL OFFICER** | : | **FILED** |
| **SEITZ, et al.,** | : | **SCRANTON** |
| Defendants | : | MAY 2 4 2012 |
| | | PER _____ |
| | | DEPUTY CLERK |

### ORDER

**AND NOW,** to wit, this ㉔th DAY OF MAY, 2012, for the reasons set forth in the foregoing Memorandum, **IT IS HEREBY ORDERED** as follows:

1.  The Clerk of Court is directed to **TRANSFER** the above-captioned action to the United States District Court for the Eastern District of Pennsylvania.

2.  Any decision with respect to Plaintiff's Motion for leave to proceed in forma pauperis (Doc. 2) is **DEFERRED** to the transferee court, and therefore, the Clerk of Court shall terminate the Motion in this Court.

3.  The Clerk of Court shall mark this case **CLOSED** in this Court.

_____
Robert D. Mariani
United States District Judge